```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     EASTERN DISTRICT OF CALIFORNIA
 9                             ----oo0oo----
10   KENNETH KNANISHU,
                                      CV. No. 2:12-02479 WBS
11             Petitioner,            CR. No. 2:05-00105 WBS
12        v.                          ORDER
13   UNITED STATES OF AMERICA,
14             Respondent.
                                    /
15
16                             ----oo0oo----
17             On October 1, 2012, petitioner Kenneth Knanishu filed a
18   motion pursuant to 28 U.S.C. § 2255.  The United States shall
19   file an opposition to petitioner's motion no later than November
20   5, 2012.  Petitioner may then file a reply no later than November
21   19, 2012.  The court will then take the motion under submission
22   and will inform the parties if oral argument or further
23   proceedings are necessary.
24             IT IS SO ORDERED.
25   DATED:  October 4, 2012
26
27                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
28
                                    1
```