Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, #350
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Kenneth Knanishu

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH KNANISHU,<br><br>  Defendant. | Cr.S. 05-105 WBS<br><br>REQUEST APPOINTMENT OF COUNSEL |

Defendant KENNETH KNANISHU requests this court appoint attorney Krista Hart to represent Mr. Knanishu in the case referenced above.

Mr. Knanishu pleaded guilty pursuant to a plea agreement and on October 15, 2007, the Court sentenced Mr. Knanishu to 60 months in prison. (Docs 87 & 88) On October 1, 2012, Mr. Knanishu filed a motion pursuant to 28 U.S.C. § 2255. (Doc 94) The government filed its response on February 17, 2013. (Doc 104)

On March 26, 2013, the Court determined it would be appropriate to have counsel appointed to represent Mr. Knanishu and directed the Office of the Federal Defender to locate counsel. (Doc 105) The undersigned was contacted and has agreed to represent Mr.

1

Knanishu pursuant to the Court's order of March 26, 2013.

Therefore, Mr. Knanishu asks this Court to appoint the undersigned to represent him in this case.

DATED: March 29, 2013

                     _/s/ Krista Hart_
                     Seeking appointment for
                     Kenneth Knanishu

## **ORDER**

Attorney Krista Hart is hereby appointed pursuant to the Criminal Justice Act to represent Mr. Knanishu in connection with his currently pending motion pursuant to 28 U.S.C. § 2255 in this case.

DATE: March 29, 2013

                     WILLIAM B. SHUBB
                     UNITED STATES DISTRICT JUDGE