UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES, | NO. CR. 2:05-00105 WBS |
| Plaintiff, | |
| v. | ORDER |
| KENNETH KNANISHU, | |
| Defendant. | |

----oo0oo---

Defendant's motion to dismiss his attorney and have another appointed is DENIED. It was upon the court's own initiative that counsel was appointed, and there are no other attorneys more qualified to represent defendant than his present attorney.

DATED: May 7, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1