Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Kenneth Knanishu

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH KNANISHU,

Defendant.

Cr.S. 05-105 WBS

ORDER

**GOOD CAUSE APPEARING**, pursuant to the stipulation of the parties, it is hereby ordered that the 60 month sentence imposed on October 15, 2007, in this case run concurrent to the state sentence imposed in Sacramento Superior Court case number 03F02659. The Court further orders *nunc pro tunc* that the 60 month sentence is to commence on October 26, 2007.

DATED: July 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE